941 A.2d 1260

Wendell LONG, Petitioner,

v.

Judge Webster KEOGH, Court of Common Pleas–
Trial Division P.C.R.A. Unit, Respondents.

No. 196 EM 2007.

Supreme Court of Pennsylvania.

Feb. 7, 2008.

## ORDER

PER CURIAM.

**AND NOW,** this 7th day of February, 2008, the Application for Leave to File Original Process is granted. The Petition for Writ of Mandamus is denied, and the Prothonotary's Office is directed to strike the judge's name from the caption.